(May 10, 1971)

In the Matter of MICHAEL W. CASTORO.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

In the Matter of LEO CONRAD.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

MERLE BEYLIN, Respondent-Appellant, v. HOWARD G. BEYLIN, Appellant-Respondent.—

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

COSMOPOLITAN MUTUAL INSURANCE COMPANY, Respondent, v. JOHN ANDERSON, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

DELBROOK ASSOCIATES, INC., Appellant, v. EUGENE H. PARDINI, JR., et al., Respondents.—

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.